# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OMAR T. WALLS,

    Plaintiff,

v.

CLARK COUNTY DETENTION CENTER,

    Defendant.

Case No. 2:10-CV-00708-KJD-PAL

**ORDER**

On June 11, 2010, Magistrate Judge Peggy A. Leen ordered Plaintiff to file an amended complaint naming a viable defendant within thirty days of the entry of her order.  Though the time for doing so has passed Plaintiff has failed to file an amended complaint.

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice.**

DATED this 30th day of July 2010.

Kent J. Dawson
United States District Judge